| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
|   | Federal Defender |
| 2 | REED GRANTHAM, #294171 |
|   | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
|   | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
|   | EFRAIN OROZCO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00058-LJO |
| Plaintiff, | *UNOPPOSED* MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; ORDER |
| vs. | |
| EFRAIN OROZCO, | Hon. Jennifer L. Thurston |
| Defendant. | |

The defense hereby moves this Court for an order terminating supervised release for the above-named defendant. Defense counsel has conferred with counsel for the government, Assistant United States Attorney Mark McKeon, as well as United States Probation Officer Miriam Olea, and neither has any opposition to this motion.

Title 18 U.S.C. § 3583(e)(1) grants this Court the power to terminate a term of supervised release at any time after the expiration of one year on a felony case, pursuant to the provisions of Federal Rule of Criminal Procedure Rule 32.1(c), provided the Court is satisfied that such action is warranted by the conduct of the defendant and in the interests of justice. *See* 18 U.S.C. § 3564(c); *see also United States v. Ponce*, 22 F.4th 1045 (9th Cir. 2022) (clarifying that early termination of supervised release is not just reserved for rare cases involving exceptionally good behavior).

Mr. Orozco's underlying case arose out of the Western District of Missouri. *See* Case No.

6:10-cr-03043-DGK-2. On September 13, 2011, Mr. Orozco was convicted of conspiracy to distribute cocaine and cocaine base in violation of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(B)(ii), and 21 U.S.C. § 841(b)(1)(A)(iii). *See* Case No. 6:10-cr-03043-DGK-2 at Dkt. #71, #86. Mr. Orozco was sentenced in that case on January 6, 2012, to a total term of 120 months, however, his sentence was reduced to 97 months after re-sentencing on April 11, 2013. *See* Case No. 6:10-cr-03043-DGK-2 at Dkt. #86, #119, #120. A 5-year term of supervised release was also imposed. *See* Case No. 6:10-cr-03043-DGK-2 at Dkt. #86, #119, #120.

Mr. Orozco's term of supervised release began on September 14, 2018. *See* Case No. 1:19-cr-00058-LJO at Dkt. #2. Jurisdiction was transferred from the Western District of Missouri to the Eastern District of California on April 1, 2019. *See* Case No. 1:19-cr-00058-LJO at Dkt. #2. As of the date of this filing, Mr. Orozco has been on supervised release for a period of approximately 3 years and 7 months (since September 14, 2018), out of the initially imposed 5 year term. During that time, Mr. Orozco has not incurred any violations of supervised release and has remained in compliance all terms and conditions. He has maintained a steady residence in Fresno, California, and he has been consistently employed as a truck-driver since his term of supervised release began. At present, Mr. Orozco is not receiving counseling or drug testing or treatment services from probation and he is living a positive, pro-social, and law-abiding life.

On March 2, 2022, undersigned counsel reached out via email to Mr. Orozco's probation officer, Miriam Olea, regarding the position of probation in light of the above and with respect to this request. On March 4, 2022, Officer Olea indicated that she had "no objections" to early termination in Mr. Orozco's case. Likewise, on March 29, 2022, undersigned counsel contacted the United States Attorney's Office and inquired into the government's position with respect to this request. Thereafter, the matter was assigned to Assistant United States Attorney Mark McKeon. On March 31, 2022, Mr. McKeon indicated via email that the government had no objection. This unopposed motion was reviewed and approved by Mr. McKeon and Officer Olea prior to its filing.

Based on the foregoing, the defense submits that early termination of supervised release is warranted based on the conduct of Mr. Orozco and is in the interests of justice.

HEATHER E. WILLIAMS
Federal Defender

Dated: April 4, 2022 /s/ *Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
EFRAIN OROZCO

**O R D E R**

Pursuant to 18 U.S.C. § 3583(e), the Court hereby terminates Defendant Efrain Orozco's term of supervised release.

IT IS SO ORDERED.

Dated: **April 5, 2022**

UNITED STATES DISTRICT JUDGE

Orozco – Unopposed Motion for
Early Termination of Supervised Release

3